UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 19-1329-GW (KS)                                      Date: June 10, 2019

Title   *Jesse Hunter v. K. Clark et al*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|  Gay Roberson  |  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On February 22, 2019, Jesse Hunter ("Plaintiff"), a California state prisoner who is proceeding *pro se* and *in forma pauperis* ("IFP"), filed a civil rights complaint ("Complaint"). (Dkt. No. 1; *see also* Dkt. No. 8 (granting leave to proceed *in forma pauperis*).) On April 30, 2019, the Court dismissed the Complaint with leave to amend and ordered Plaintiff to file a First Amended Complaint within 30 days, *i.e.*, no later than May 30, 2019. (Dkt. No. 10.) The following day, May 1, 2019, the Court received Petitioner's request for an extension of time in which he stated that he was to be released from Corcoran State Prison and would be homeless. (Dkt. No. 11.) Plaintiff stated that he would provide the Court with his new mailing address no later than May 14, 2019. (*Id.*) On May 10, 2019, the Court's April 30, 2019 order was returned to the Court and marked "Return to Sender – Discharged." (Dkt. No. 12.)

Local Rule 41-6 states that "[i]f mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution." Accordingly, the Local Rules required Plaintiff to notify the Court in writing of his current address no later than May 25, 2019 – 15 days after the Court first received court mail addressed to Plaintiff returned as undeliverable and more than 10 days after Plaintiff's requested deadline of May 14, 2019. More than two weeks have now passed since Plaintiff's May 25, 2019 deadline, and Plaintiff has not

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 19-1329-GW (KS)                               Date: June 10, 2019

Title   _Jesse Hunter v. K. Clark et al_

notified the Court of his current address nor otherwise communicated with the Court about his case.

Accordingly, the Court may now recommend dismissal pursuant to Local Rule 41-6 and Federal Rules of Civil Procedure 41. Nevertheless, in the interests of justice, the Court grants Plaintiff one <u>final</u> opportunity to notify the Court of his current address and participate in the action that he initiated.

Therefore, Plaintiff is ORDERED to show cause **no later than July 1, 2019** why this action should not be dismissed under Local Rule 41-6 and Rule 41 of the Federal Rules of Civil Procedure. To discharge this Order and proceed with this case, Plaintiff shall file, no later than the July 1, 2019 deadline, a Notice of Change of Address and one of the following:

(1) A First Amended Complaint that corrects the defects identified in the Court's April 30, 2019 Order; or
(2) A request for an extension of time to file a First Amended Complaint.

<u>Alternatively</u>, if Plaintiff no longer wishes to proceed with this action, he may file a signed document entitled Notice of Voluntary Dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**Plaintiff is expressly cautioned that his failure to timely comply with this order will lead the Court to recommend dismissal based on Local Rules 41-6 and Rule 41 of the Federal Rules of Civil Procedure.**

                                                                                    :
                                                        **Initials of Preparer**   gr