JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSE HUNTER, | ) | NO. CV 19-1329-GW (KS) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| K. CLARK, et al, | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: March 23, 2020

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE